UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:23-cv-1363 | 3/6/2024 | 11:04 AM - 11:18 AM | Grand Rapids | Jane M. Beckering |

### CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| James Gallagher, et al. | Grand Traverse County, et al. |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Brace Edward Kern (via phone) | Plaintiffs |
| Matthew W. Cross (via phone) | Defendant Grand Traverse County |
| Bradley D. Wierda (via phone)<br>Peter B. Worden, Jr. (via phone) | Defendant Long Lake Charter Township |

### PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held via phone; Case Management Order to issue.

Court Reporter: (not recorded)
Case Manager: Rick Wolters