UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JAMES GALLAGHER, TRUSTEE OF THE
JAMES K. & PATSY A. GALLAGHER TRUST
and CHAZZ MCCALL, TRUSTEE OF THE
CHARLES WILLIAM MCCALL TRUST,

Case No. 1:23-cv-1363

HON. JANE M. BECKERING

Plaintiffs,

v

GRAND TRAVERSE COUNTY and THE
CHARTER TOWNSHIP OF LONG LAKE,

Defendants.

---

Brace E. Kern (P75695)
BEK Law, PLC
*Attorney for Plaintiffs*
3434 Veterans Drive
Traverse City, MI 49684
(231) 499-5380
info@bracekern.com

Gregory R. Grant (P68808)
Matthew W. Cross (P77526)
Cummings, McClorey, Davis & Achoo, PLC
*Attorneys for Grand Traverse County*
310 W. Front Street, Suite 221
Traverse City, MI 49684
(231) 922-1888
mcross@cmda-law.com
ggrant@cmda-law.com

Bradley D. Wierda (P63811)
Smith & Johnson, Attorneys, P.C.
*Attorney for Long Lake Township*
534 E. Front Street, P.O. Box 705
Traverse City, MI 49685-0705
(231) 946-0700
bwierda@smith-johnson.com

Peter B. Worden, Jr. (P41899)
Garan Lucow Miller P.C.
*Attorney for Long Lake Township*
3335 W. South Airport Road, Suite 5A
Traverse City, MI 49684
(231) 941-1611
pworden@garanlucow.com

---

## **STIUPLATED DISMISSAL OF COUNTS III & IV**

The Parties, by and through their undersigned counsel, hereby consent to the dismissal with prejudice, without costs or fees, of Count III and Count IV of Plaintiffs' Verified Complaint filed on December 28, 2023.

SO AGREED.

| | |
|---|---|
| BEK Law, PLC | Smith & Johnson, Attorneys, P.C. |
| By: *[signature: Brace Kern]* <br> Brace E. Kern (P75695) <br> *Attorney for Plaintiffs* <br> 3434 Veterans Drive <br> Traverse City, MI 49684 <br> (231) 499-5380 <br> info@bracekern.com | By: Bradley Wierda (via Permission) <br> Bradley D. Wierda (P63811) <br> *Attorney for Long Lake Township* <br> 534 E. Front Street, P.O. Box 705 <br> Traverse City, MI 49685-0705 <br> (231) 946-0700 <br> bwierda@smith-johnson.com |
| Cummings, McClorey, Davis & Achoo, PLC | Garan Lucow Miller P.C. |
| By: Matthew Cross (via Permission) <br> Matthew W. Cross (P77526) <br> *Attorneys for Grand Traverse County* <br> 310 W. Front Street, Suite 221 <br> Traverse City, MI 49684 <br> (231) 922-1888 <br> mcross@cmda-law.com | By: Peter Worden (via Permission) <br> Peter B. Worden, Jr. (P41899) <br> *Attorney for Long Lake Township* <br> 3335 W. South Airport Road, Ste 5A <br> Traverse City, MI 49684 <br> (231) 941-1611 <br> pworden@garanlucow.com |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed on this 2nd day of July 2024, with the Clerk of the Court via the Court's CM/ECF system for electronic service on all counsel of record.

Respectfully submitted,

BEK Law, PLC

Dated: July 2nd, 2024

By: *[signature: Brace Kern]*

Brace Kern (P75695)
*Attorney for Plaintiffs*
3434 Veterans Drive
Traverse City, MI 49684
(231) 499-5380
Info@BraceKern.com