UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES GALLAGHER, et al.,

    Plaintiffs,

v.

    Case No. 1:23-cv-1363

    HON. JANE M. BECKERING

GRAND TRAVERSE, COUNTY OF, et al.,

    Defendants.
_____/

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal of Counts III & IV of Plaintiff's Verified Complaint (ECF No. 27).  The Court having reviewed the joint stipulation:

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal of Counts III & IV (ECF No. 27) is GRANTED; Count III and Count IV of the Verified Complaint (ECF No. 1) are DISMISSED with prejudice and with each of the parties to bear its own costs and fees.

Dated:  July 3, 2024
    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge