UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JAMES GALLAGHER, Trustee of the
James K. & Patsy A. Gallagher Trust, et al.,

     Plaintiffs,                                                  Hon. Jane M. Beckering

v.

                                          Case No. 1:23-cv-01363

GRAND TRAVERSE, COUNTY OF, et al.,

     Defendants.

**ORDER**

     This matter is before the Court on Defendant Grand Traverse County's Motion for Leave to File Reply to Plaintiffs' Response in Opposition to Motion for Protective Order. (ECF No. 48.) Upon review of the motion and related filings, the motion (ECF No. 48) is granted. The proposed reply is accepted for filing.

     IT IS SO ORDERED.

Dated: October 1, 2024                          /s/ Sally J. Berens
                                         SALLY J. BERENS
                                         U.S. Magistrate Judge