UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES GALLAGHER, Trustee of the James
K. & Patsy A. Gallagher Trust, and CHAZZ
MCCALL, Trustee of the Charles William
McCall Trust,

    Plaintiffs,

v.

COUNTY OF GRAND TRAVERSE and
CHARTER TOWNSHIP OF LONG LAKE,

    Defendants.
_____/

Case No. 1:23-cv-1363

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiffs' federal claim in Count II is DISMISSED WITH PREJUDICE, and Plaintiffs' state-law claims in Counts I and V are DISMISSED WITHOUT PREJUDICE.

This case is closed.

Dated: March 24, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge